**Federal Defenders OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

May 11, 2023

**VIA ECF**

The Honorable Vernon S. Broderick
Southern District of New York
40 Foley Square
New York, NY 10007

  Re: **United States v. Charles Briscoe**
     **23 Cr 134 (VSB)**

Dear Judge Broderick:

  I write with the consent of the Government and Pretrial to request permission for Mr. Briscoe to travel from the Southern District of Texas to the Eastern District of Arkansas (and all points in between for the purpose of travel) from May 24 to May 29, 2023 for a family reunion. Mr. Briscoe will provide his itinerary and where he will be staying to his Pretrial Officer. Thank you for the Court's consideration.

            Respectfully Submitted,

            /s/

            Ian H. Marcus Amelkin
            Federal Defenders of New York, Inc.
            (212) 417-8733
            ian_marcus_amelkin@fd.org