# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

**David E. Patton**
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

July 25, 2023

**BY ECF**

The Vernon S. Broderick
Southern District of New York
40 Foley Square
New York, NY 10007

> APPLICATION GRANTED
> SO ORDERED /s/ Vernon Broderick
> VERNON S. BRODERICK
> U.S.D.J.   07/26/2023
>
> A Microsoft Teams link will be provided to the parties via email for the out-of-district defendants. Furthermore, the courtroom will be open for any who intend to appear in person.

Re: **United States v. Charles Briscoe**
   **23 Cr 134 (VSB)**

Dear Judge Broderick:

    With the consent of the Government, the defendants and their counsel request the Court allow them to appear virtually for the next status conference, scheduled for Tuesday, August 1 at 2:00 P.M. Because the parties anticipate this conference to be a scheduling conference, the parties request that the appearance proceed on video rather than in person because of the expense and challenge for the out-of-district defendants to travel. We thank the Court for its consideration of this request.

Respectfully submitted,

/s/ Ian Marcus Amelkin

Ian Marcus Amelkin
Assistant Federal Defender
52 Duane Street, 10th Floor
New York, NY 10007
(212) 417-8733

cc:   AUSAs Katherine Reilly & Kevin Mead, Esq.