**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

October 25, 2023

**BY ECF**

The Honorable Vernon S. Broderick
Southern District of New York
40 Foley Square
New York, NY 10007

**APPLICATION GRANTED
SO ORDERED** /s/ Vernon S. Broderick
**VERNON S. BRODERICK
U.S.D.J.** 10/26/2023

Re:  **United States v. Charles Briscoe**
     **23 Cr 134 (VSB)**

Dear Judge Broderick:

I write with the consent of the Government and Pretrial Services to request the Court temporarily modify Mr. Briscoe's bail to:

1) Allow him to travel from the Southern District of Texas to the Eastern District of Arkansas (and all points in between for the purpose of travel) from November 2-5, 2023 for his grandfather's funeral.

2) Allow him to travel from the Southern District of Texas to the Eastern District of Louisiana (and all points in between for the purpose of travel) from November 21-25 to celebrate the Thanksgiving holiday with family.

Mr. Briscoe will provide his itinerary and where he will be staying to his Pretrial Officer. Thank you for the Court's consideration.

Respectfully submitted,

/s/ Ian Marcus Amelkin

Ian Marcus Amelkin
Assistant Federal Defender
52 Duane Street, 10th Floor
New York, NY 10007
(212) 417-8733

cc:  AUSAs Katherine Reilly & Kevin Mead, Esq.