# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Barry D. Leiwant
*Interim Executive Director
and Attorney-in-Chief*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

November 30, 2023

<u>Via ECF</u>

Hon. Vernon S. Broderick
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

**APPLICATION GRANTED
SO ORDERED** /s/ Vernon S. Broderick
VERNON S. BRODERICK
U.S.D.J.   12/04/2023

Re:   <u>United States v. Charles Briscoe</u>
      **23 Cr. 134 (VSB)**

Dear Judge Broderick,

    I write with the consent of the government and Pretrial Services to respectfully request that the Court temporarily modify the conditions of Mr. Briscoe's pretrial release to permit him to travel from the Southern District of Texas to the Eastern District of Arkansas (and all points in between for purposes of travel) from December 16 through December 27, 2023 to visit his family during the holidays.

    Mr. Briscoe will provide his itinerary and where he will be staying to Pretrial Services. We thank the Court for its consideration of this request.

Respectfully submitted,

/s/

Neil P. Kelly
Assistant Federal Defender
(212) 417-8744

cc:   AUSAs Kevin Mead, Katherine Reilly