**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*Tamara Giwa*
Executive Director

*Jennifer L. Brown*
Attorney-in-Charge

July 31, 2024

<u>Via ECF</u>

The Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   <u>United States v. Charles Briscoe</u>
      **23 Cr. 134 (VSB)**

Dear Judge Broderick,

      We write on behalf of Charles Briscoe to respectfully request that the Court issue an order that Mr. Briscoe's period of home detention is to conclude on August 16, 2024, six months from his February 16, 2024 sentencing date, not six months from when the judgment order was docketed in this case. The Probation Office for the Eastern District of Texas where Mr. Briscoe is being supervised and the Government have no objection to this request.

      On February 16, 2024, the Court sentenced Mr. Briscoe to time-served and three years of supervised release, the first six months of which were to be served on home detention. *See* Doc. 127 at 41:25–42:2, 45:12–25. Following the Court's oral pronouncement of its sentence, Mr. Briscoe immediately began complying with its terms, including the home detention component. Mr. Briscoe reached out to the Probation Offices in the Southern District of New York and the Eastern District of Texas, the latter of which approved his location for home detention while awaiting the judgment order. Following conversations with Mr. Briscoe's supervising Probation Officer, however, the defense understands that Probation considers Mr. Briscoe's period of home detention to conclude six months from the docketing of the judgment order on February 28, 2024, after which Probation began its formal supervision of Mr. Briscoe. *See* Doc. 122. As such, absent a Court order, Mr. Briscoe will be subject to nearly two additional weeks of home detention beyond what was pronounced at the February 16, 2024 sentencing hearing.

      Given Mr. Briscoe's full compliance with all the terms of his supervised release and home detention to date, the Probation Office and the Government do not object to the defense's request that the Court order that Mr. Briscoe's period of home detention terminate on August 16, 2024. Granting this request will permit Mr. Briscoe to return to the workforce promptly, so that he can continue to make payments on his obligations in this case and help support his family.

**United States v. Charles Briscoe**
**23 Cr. 134 (VSB)**

      We thank the Court for its consideration of this request and stand ready to provide any additional information that the Court might need.

                                      Respectfully submitted,

                                      /s/

                                    Neil P. Kelly
                                    Assistant Federal Defender
                                    (212) 417-8744

cc:      Counsel of record